IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KENNETH HUDDLESTON, )
 )
        Petitioner, )
 ) Civil No. 06-671-TC
  v. )
 ) ORDER
BRIAN BELLEQUE, )
 )
        Respondent. )
 )

    Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on May 25, 2006, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate judge's report. <u>See</u> 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>,

1    - ORDER

656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Petitioner has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed May 25, 2006, in its entirety. The petition(#1) is denied without prejudice. Petitioner's motion for appointment of counsel is denied as moot. This proceeding is dismissed.

IT IS SO ORDERED.

DATED this 7th day of July, 2006.

Michael R. Hogan
UNITED STATES DISTRICT JUDGE

2    - ORDER